IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, *ex rel*
BENJAMIN TURNER,

and

THE GOVERNMENT OF THE DISTRICT
OF COLUMBIA, *ex rel.* BENJAMIN
TURNER,

      Plaintiffs

      v.

MAXIMUS, Inc.

      Defendant.

**FILED**

JUL 2 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Civ. No. 05-1215(GK)**

**FILED UNDER SEAL
PURSUANT TO THE FALSE CLAIMS
ACT, 31 U.S.C. 3730 (b)(2)**

STIPULATION AND ORDER OF DISMISSAL

The United States and Relator Benjamin Turner (Relator), pursuant to Rule 41 (a) of the Federal Rules of Civil Procedure and 31 U.S.C. § 3730(b)(1), and in accordance with the terms of the settlement agreement between the United States, Maximus, Inc. and Relator, hereby stipulate, through their undersigned counsel, that the United States' and Relator's complaint shall be dismissed with prejudice in this action.

No answer or motion for summary judgment has been filed by any adverse party. All parties shall bear their own costs.

Presented by:

on Behalf of the United States:                      on Behalf of Relator

JEFFREY A. TAYLOR
United States Attorney
District of District of Columbia

*[signature]*                                         *[signature]*
JOYCE R. BRANDA                                       WARNER R. YOUNG
MICHAEL GRANSTON
DIANA J. YOUNTS
Trial Attorney
United States Department of Justice
Commercial Litigation Branch

*[signature]*
RUDOLPH CONTRERAS, D.C. Bar #434122
LAURIE WEINSTEIN, D.C. Bar #389511
Assistant United States Attorneys
United States Attorneys Office
for the District of Columbia

Date: July 20, 2007                                   Date: July 20, 2007

So ORDERED: 7/23/07

*[signature]*
UNITED STATES DISTRICT COURT